IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>VICTOR M. SOLIS NAVARRO<br>MARTA M. ORTIZ GALLIO<br><br>DEBTOR(S) | CASE NO. 12-05659-ESL<br><br>CHAPTER 7 |

### NOTICE OF FILING OF AMENDED SCHEDULES "B" & "C"

TO THE HONORABLE COURT:

**COME NOW** debtors in the above captioned case, through the undersigned attorney, and respectfully state and pray as follow:

1. Debtors respectfully submit amended Schedules "B" and "C" *to include a Complaint for damages and to take the correct exemptions.*

2. Attached to this motion debtor respectfully submit Amended Schedules "B" and "C".

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Victor M. Solis Navarro and Marta M. Ortiz Gallio, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of August, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL NO (787)744-7699
FAX NO (787)746-5294
EMAIL: rfigueroa@rfclawpr.com

IN RE SOLIS NAVARRO, VICTOR MANUEL & ORTIZ GALLIO, MARTA MILAGROS          Case No. 3:12-bk-5659
                                    Debtor(s)                                          (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Debtor [Marta M. Ortíz Gallio] owns a hereditary interest by Sucn. Sebastian Ortíz Ortíz which owns a hereditary interest in Sucn. Emanuel Fernández Ortíz. This inheritance is owned by various heir of the original owner, some who are unknown. Real properties owned by Sucn. Emanuel Fernández Ortíz are located in 125 Calimano, Maunabo, Puerto Rico; Savings/Shares with Asociación de Maestros de Puerto Rico, Retiro de Maestros, Asociación de Empleados ELA, Coop A/C Maestros. Total value of properties is unknown as of the filling date. The debtor estimates the value of her participation: $100.00 | J | 100.00 |
| | | Debtor [Victor M. Solis Navarro] owns 2/3 of a real property located at Calimano, no. 125, Maunabo, Puerto Rico. The other 1/3rd is owned by various heir of the original owner, some who are unknown. This property consists of 3 bedrooms, 2 bathrooms, kitchen, living room, dining rooms, garage, balcony. Debtor acquired this property interest for a value of $5,000. Debtor's interest $5,000.00. | J | 5,000.00 |
| | | Inheritance property - Sucn. Julio Solis Arroyo and Sucn. Benigna Navarro Padilla composed of 5 heirs; residential property (structure) located at Calzada Ward, Sector Batey Columbia in Maunabo Puerto Rico. Consists of 3 bedrooms, bathroom, kitchen, living room, dining rooms, balcony. Valued at $10,000. /5 = $2,000. | J | 2,000.00 |
| | | Inheritance property - Sucn. Julio Solis Arroyo and Sucn. Benigna Navarro Padilla composed of 5 heirs; commercial property located at Quebrada Arenas Ward, Sector Calimano in Maunabo, Puerto Rico. Valued at $75,000. /5 = $15,000. | J | 15,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Complaint for damages (malpractice) Superior Court San Juan Puerto Rico. | J | 2,150,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE SOLIS NAVARRO, VICTOR MANUEL & ORTIZ GALLIO, MARTA MILAGROS    Case No. 3:12-bk-5659
                                Debtor(s)                                        (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL  2,173,900.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

IN RE SOLIS NAVARRO, VICTOR MANUEL & ORTIZ GALLIO, MARTA MILAGROS       Case No. **3:12-bk-5659**
                                      Debtor(s)                                                      (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Misc. Household Goods and Furnishings | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Miscellaneus used jewerly | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| Debtor [Marta M. Ortíz Gallio] owns a hereditary interest by Sucn. Sebastian Ortíz Ortíz which owns a hereditary interest in Sucn. Emanuel Fernández Ortíz. This inheritance is owned by various heir of the original owner, some who are unknown. Real properties owned by Sucn. Emanuel Fernández Ortíz are located in 125 Calimano, Maunabo, Puerto Rico; Savings/Shares with Asociación de Maestros de Puerto Rico, Retiro de Maestros, Asociación de Empleados ELA, Coop A/C Maestros. Total value of properties is unknown as of the filling date.The debtor estimates the value of her participation: $100.00 | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Inheritance property - Sucn. Julio Solis Arroyo and Sucn. Benigna Navarro Padilla composed of 5 heirs; residential property (structure) located at Calzada Ward, Sector Batey Columbia in Maunabo Puerto Rico. Consists of 3 bedrooms, bathroom, kitchen, living room, dining rooms, balcony. Valued at $10,000. /5 = $2,000. | 11 USC § 522(d)(5) | 1,150.00 | 2,000.00 |
| Inheritance property - Sucn. Julio Solis Arroyo and Sucn. Benigna Navarro Padilla composed of 5 heirs; commercial property located at Quebrada Arenas Ward, Sector Calimano in Maunabo, Puerto Rico. Valued at $75,000. /5 = $15,000. | 11 USC § 522(d)(5) | 10,125.00 | 15,000.00 |
| Complaint for damages (malpractice) Superior Court San Juan Puerto Rico. | 11 USC § 522(d)(11)(D) | 21,625.00 | 2,150,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6B (Official Form 6B) (12/07)

IN RE SOLIS NAVARRO, VICTOR MANUEL & ORTIZ GALLIO, MARTA MILAGROS    Case No. 3:12-bk-5659
                                        Debtor(s)                                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banco Santander de PR Account: 2244 Checks** | J | 0.00 |
| | | **Banco Santander de PR Account: 4417 Savings** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Goods and Furnishings** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes and personal effects** | J | 300.00 |
| 7. Furs and jewelry. | | **Miscellaneus used jewerly** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE SOLIS NAVARRO, VICTOR MANUEL & ORTIZ GALLIO, MARTA MILAGROS        Case No. 3:12-bk-5659
                                    Debtor(s)                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____17____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 8/16/2012          Signature: /s/ V.M. Solis
                                    VICTOR MANUEL SOLIS NAVARRO                                  Debtor

Date: 8/16/2012          Signature: /s/ Marta M. Ortiz
                                    MARTA MILAGROS ORTIZ GALLIO
                                                                    (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____                _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.